IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | CR. NO. 05-20056-Ma |
| vs. | ) ) ) | |
| WILLIE ANDRA WOODS, TYRONE LANARD TERRY, | ) ) ) | |
| Defendants. | ) | |

### ORDER

The United States having requested that the Court unseal the Indictment, and the Court being satisfied that sealing is no longer necessary, it is hereby

ORDERED that all of the above document is UNSEALED.

Date: March 3, 2005
Memphis, Tennessee

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED: _____
Thomas A. Colthurst
Assistant U.S. Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 3-3-2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on March 4, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT