IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. NO. 05-20056-Ma |
| ) | |
| vs. ) | |
| ) | |
| WILLIE ANDRA WOODS, ) | |
| TYRONE LANARD TERRY, ) | |

## ORDER

Upon consideration of the Government's Motion to Allow Disclosure of Search Warrant Applications and Supporting Affidavits in Discovery, it is hereby:

ORDERED, ADJUDGED AND DECREED that copies of the applications for a search warrant in Misc. Nos. 05-SW-013, 05-SW-014, 05-SW-015, 05-SW-016, 05-SW-017, 05-SW-018, and 05-SW-019, and the supporting affidavits may be provided to each of the defendants and their attorneys in *United States v. Woods and Terry.*, Cr. No. 05-20056-Ma.

IT IS FURTHER ORDERED that the above-mentioned documents and their contents shall not be discussed, disseminated or disclosed to anyone other than the named defendants and their counsel, or the staff of their counsel (full time secretaries and attorneys formally associated with the law firm), except upon the express authorization of this Court.

IT IS FURTHER ORDERED that the above-mentioned documents shall remain sealed after the attorneys have been provided copies.

IT IS FURTHER ORDERED that any attorney receiving the above-described items is not

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-22-05



to disclose any information therein other than to prepare for trial and for the defense of his/her client.

Date: April 21, 2005
Memphis, Tennessee

_____
United States District Court Judge

APPROVED: _____
Thomas A. Colthurst
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT